COMMONWEALTH of Pennsylvania, Respondent

v.

Theodore RIDGEWAY, Petitioner

No. 446 EAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

David James HOLLENBACK, Jr., Petitioner

No. 655 MAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN RE: Involuntary Termination of Parental Rights To: D.B.J., JR., a Minor

Petition of: D.B.J., Sr., Father

No. 88 MAL 2017

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.